# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**NATHANIEL ALEXANDER**  **PETITIONER**
Reg. #36417-044

v.   Case No. 2:20-cv-0112-LPR-JJV

**UNITED STATES OF AMERICA**  **RESPONDENT**

## ORDER

Petitioner Nathaniel Alexander moves *pro se* for compassionate release under 18 U.S.C. § 3582(c)(1).  (Doc. 1).  The Court dismisses the Motion without prejudice for the following reasons.

Mr. Alexander's Motion does not suggest that he has requested relief from the warden, which he must do before filing a motion like this one.  (*Id.*)  More fundamentally, Mr. Alexander was not sentenced by this Court.  He was sentenced in the Eastern District of Missouri.  *See United States v. Alexander*, No. 4:15-cr-00528-CDP-1 (E.D. Mo. 2015).  Only the sentencing court has jurisdiction over a § 3582(c)(1) motion.  The Court is aware that Mr. Alexander has filed an identical compassionate release motion in the Eastern District of Missouri.  (*Id*. at Doc. 40).

It is therefore ORDERED that Mr. Alexander's "Motion for Injunction for Compassionate Release Under 18 U.S.C. § 3582(c)(1)(A)" be DISMISSED without prejudice.

IT IS SO ORDERED this 29th day of May 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE